

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-2-2012

# In Re: Steven Dineen

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2956

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Steven Dineen " (2012). *2012 Decisions.* Paper 326.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/326

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2956
_____

IN RE:  STEVEN DINEEN,

Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Del. Crim. No. 08-cr-00098 and Civ. No. 09-cv-951)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 20, 2012

Before: McKEE, Chief Judge and ALDISERT and GARTH, Circuit Judges

(Opinion filed: October 2, 2012)
_____

OPINION
_____

PER CURIAM

Steven Dineen filed this *pro se* mandamus petition requesting that we direct the

District Court to act on his pending § 2255 motion.  Subsequent to that filing, however,

the District Court issued an order dismissing the § 2255 motion.  Dineen's request for a

writ of mandamus is, therefore, moot.  See Blanciak v. Allegheny Ludlum Corp., 77 F.3d

690, 698–99 (3d Cir. 1996) ("If developments occur during the course of adjudication

1

that . . . prevent a court from being able to grant the requested relief, the case must be dismissed as moot."); see also In re Austrian, German Holocaust Litigation, 250 F.3d 156, 162-63 (2d Cir. 2001) (mandamus petition requesting that the court of appeals compel district court action generally may be dismissed as moot upon the district court's entry of a final order).

Accordingly, we will dismiss this petition for writ of mandamus.